# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139834

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID P. NEUHAUS,
        Plaintiff-Appellee,

v

PEPSI COLA METROPOLITAN BOTTLING
COMPANY and LUMBERMENS MUTUAL
CASUALTY COMPANY,
        Defendants-Appellants.

SC: 139834
COA: 274960
WCAC: 05-000243

_____/

On order of the Court, the application for leave to appeal the September 8, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

*Corbin R. Davis*

Clerk

0125